Cite as 2022 Ark. 188
# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS CONTINUING LEGAL
EDUCATION BOARD

Opinion Delivered: October 20, 2022

**PER CURIAM**

Kelsey Bardwell of Harrison is reappointed to the Continuing Legal Education Board for a three-year term to expire on October 20, 2025. Ms. Bardwell is an at-large representative.

Tjuana Byrd of Little Rock is reappointed to the Continuing Legal Education Board for a three-year term to expire on October 20, 2025. Ms. Byrd is an at-large representative.

Amber Wilson Bagley of Little Rock is reappointed to the Continuing Legal Education Board for a three-year term to expire on October 20, 2025. Ms. Bagley represents the Second Congressional District.

The court extends its sincere appreciation to Ms. Bardwell, Ms. Byrd, and Ms. Bagley for accepting reappointment to this important board.